IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DYLAN ERIC LANDERS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, DIANE SABATKA-RINE, J. BEATY, Research Representative; C. CONNELLY, Intelligence Representative; M. ROTHWELL, Classification Representative; and S. BRYANT, PsyD, Mental Health Representative;<br><br>　　　　　　Defendants. | 8:17CV371<br><br><br>**ORDER** |

This matter is before the court on Plaintiff's Motion for Initial Progression of Case. ([Filing No. 42](#).) The court entered a progression order on May 17, 2018. ([Filing No. 40](#).) Accordingly,

IT IS ORDERED that Plaintiff's Motion for Initial Progression of Case ([filing no. 42](#)) is denied as moot.

Dated this 24th day of May, 2018.

             BY THE COURT:

             s/ *Richard G. Kopf*
             Senior United States District Judge