# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DYLAN ERIC LANDERS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, DIANE SABATKA-RINE, J. BEATY, Research Representative; C. CONNELLY, Intelligence Representative; M. ROTHWELL, Classification Representative; and S. BRYANT, PsyD, Mental Health Representative;<br><br>　　　　　　Defendants. | 8:17CV371<br><br><br>**ORDER** |

This matter is before the court on Plaintiff's Motion for Extension of Time. ([Filing No. 46](#).) Upon due consideration, Plaintiff's motion is granted. Accordingly,

　　IT IS ORDERED:

　　1.　All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served on or before July 18, 2018.

　　2.　All other deadlines in the court's Order Setting Schedule for Progression of Case ([filing no. 40](#)) remain the same.

Dated this 19th day of June, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge