# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DYLAN ERIC LANDERS,<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, DIANE SABATKA-RINE, J. BEATY, Research Representative; C. CONNELLY, Intelligence Representative; M. ROTHWELL, Classification Representative; and S. BRYANT, PsyD, Mental Health Representative;<br><br>    Defendants. | 8:17CV371<br><br>**ORDER** |

This matter is before the court on Defendants' Motion to Amend Progression Order Deadline. ([Filing No. 58](#).) Upon due consideration, Defendants' motion is granted. Accordingly,

  IT IS ORDERED:

  1. The deadline for filing dispositive motions is extended to **November 8, 2018**. All dispositive motions shall be filed on or before that date.

  2. The clerk's office is directed to set the following pro se case management deadline: **November 8, 2018**: Check for dispositive motion(s).

Dated this 14th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge