IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DYLAN ERIC LANDERS, | 8:17CV371 |
|---|---|
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| SCOTT FRAKES, DIANE SABATKA-RINE, J. BEATY, Research Representative; C. CONNELLY, Intelligence Representative; M. ROTHWELL, Classification Representative; and S. BRYANT, PsyD, Mental Health Representative; | |
| Defendants. | |

This matter is before the court on Defendants' Motion to Seal Exhibits. (Filing No. 60.) Defendants ask this court to enter an order pursuant to NECivR 7.5(a)(i) sealing what will be marked and offered as Exhibits 4 and 5 of the Index of Evidence in support of Defendants' to-be-filed Motion for Summary Judgment because the documents contain confidential and sensitive information. Upon consideration,

IT IS ORDERED that Defendants' Motion to Seal Exhibits (filing no. 60) is granted.

Dated this 5th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge