IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DYLAN ERIC LANDERS,<br><br>               Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, DIANE SABATKA-RINE, J. BEATY, Research Representative; C. CONNELLY, Intelligence Representative; M. ROTHWELL, Classification Representative; and S. BRYANT, PsyD, Mental Health Representative;<br><br>               Defendants. | 8:17CV371<br><br>MEMORANDUM<br>AND ORDER |

      This matter is before the court for case management. In light of the pending dispositive Motion for Summary Judgment (filing no. 63) which raises the issue of qualified immunity from suit,

      IT IS ORDERED:

      1.    The dates contained in the Order Setting Schedule for Progression of Case (filing no. 40) regarding preparation of the Final Pretrial Conference Order and the Pretrial Conference are stayed until the court resolves Defendants' Motion for Summary Judgment (filing no. 63);

      2.    The Final Pretrial Conference scheduled for January 2, 2019, is continued until further order of the court; and

      3.    The Clerk of Court shall transmit a copy of this Order to Magistrate Judge Zwart's chambers.

Dated this 6th day of December, 2018.

> BY THE COURT:
>
> s/ *Richard G. Kopf*
> Senior United States District Judge